UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WALTON,<br><br>      Petitioner,<br><br>    v.<br><br>S. KERNAN,<br><br>      Respondent. | No. 2:17-cv-0133 KJN P<br><br>ORDER |

      Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On April 10, 2017, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the petition is not signed or dated by petitioner. Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings be signed by litigants proceeding pro se. Accordingly, petitioner is required to submit a signature page that is signed and dated for interlineation within his April 10, 2017 petition, or petitioner may re-file his petition bearing his signature and the date signed. Petitioner is cautioned that failure to comply with this order will result in an order dismissing this action based on his violation of Rule 11. Fed. R. Civ. P. 11(a).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall send petitioner a copy of page 6 of the petition without the CM/ECF banner at the top (ECF No. 9 at 6); and

1

2. Within twenty-one days from the date of this order, petitioner shall file a signed and dated page 6 of his petition, or he shall re-file his petition bearing a date and signature.

Dated: April 21, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/walt0133.r11

2