IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA WALTON,**<br><br>                            Petitioner,<br><br>        v.<br><br>**M. ELIOT SPEARMAN,**<br><br>                            Respondent. | Case No. 2:17-cv-0133 KJN P<br><br>**ORDER** |

Petitioner is a state prisoner, proceeding pro se.  On July 20, 2017, respondent filed an application for extension of time in which to file an answer.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. The application for first enlargement of time within which to file an Answer To The Petition For Writ Of Habeas Corpus is granted; and

   2. Respondent shall file a responsive pleading on or before August 23, 2017.

Dated:  July 25, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

walt0133.eot